No. 17,315.

BOARD OF COUNTY COMMISSIONERS OF JEFFERSON COUNTY
ET AL *v.* JOHNSON ET AL.
(279 P. [2d] 849)

Decided January 31, 1955.

Mr. MANSUR TINSLEY, for plaintiffs in error.

Messrs. ROBINSON & CURRAN, Messrs. QUIAT, SEEMAN &
QUIAT, Mr. GEORGE LOUIS CREAMER for defendants in
error.

*En Banc.*

PER CURIAM.

Judgment affirmed without written opinion.